```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 12-22012-CIV-LENARD
                                     (08-20851-CR-LENARD)
                              MAGISTRATE JUDGE P.A. WHITE
```

SCARLET DUARTE,                 :

    Movant,                     :
                                                  ORDER TO SHOW CAUSE
v.                              :    28 U.S.C. §2255

UNITED STATES OF AMERICA,       :

    Respondent.                 :
_____

    Scarlet Duarte has filed a motion to vacate pursuant to 28 U.S.C. §2255, attacking a federal conviction and/or sentence. It is thereupon

    ORDERED AND ADJUDGED as follows:

    1.   COUNSEL FOR THE RESPONDENT IS INSTRUCTED TO <u>ALWAYS</u> USE THE CIVIL CASE NUMBER AS WELL AS THE CRIMINAL CASE NUMBER ON ALL FILINGS IN THIS §2255 PROCEEDING.

    2.   To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response has been provided in this case. NO MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED EXCEPT UNDER THE MOST EXTRAORDINARY CIRCUMSTANCES, WHICH WILL PROBABLY REQUIRE A HEARING IN OPEN COURT.

    3.   Counsel for the respondent shall notify this office telephonically within one week of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

4.  On or before **forty-five days from the date of this order**, the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, **and shall file therewith all documents and transcripts necessary for the resolution of this motion regardless of whether or not they are in the Court file**. In the case of a trial, the government is to provide copies to Chambers of the trial and sentencing transcripts and ensure that they are filed in this collateral proceeding. In the case of a guilty plea, the government shall ensure that copies of the change of plea and sentencing transcripts are provided to Chambers and filed in conjunction with its response in order not to further delay resolution of this collateral proceeding.

5.  Counsel for the respondent is requested to caption the response as a "response" and <u>not</u> a Motion to Dismiss. The statute, 28 U.S.C. §2243, calls for a "Return;" Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts calls for an "Answer." When a response, return, or answer is labeled as a motion to dismiss, it confuses the Court's computer.

6.  The respondent shall submit a proposed order prepared for the signature of the United States Magistrate Judge, to accompany **all motions** sent to this Court until the final disposition of the case, in compliance with Florida Local Rule 7.1 A(2).

DONE AND ORDERED at Miami, Florida this 14th day of June, 2012.

**s/Patrick A. White**
UNITED STATES MAGISTRATE JUDGE

cc: Scarlet Duarte, <u>Pro Se</u>
    Reg. No. 81409-004
    FCI - Coleman (Medium)
    Federal Correctional Institution
    P. O. Box 1032
    Coleman, FL 33521

    United States Attorney
    Attn: Anne Schultz, Chief/Appellate Division
    99 N.E. 4th Street
    Miami, FL  33132